**Opinion issued June 24, 2025**



In The

# Court of Appeals

For The

# First District of Texas

―――――――――――――――

## NO. 01-24-00322-CR

―――――――――――――――

**DIONATE D. BANKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 209th District Court**
**Harris County, Texas**
**Trial Court Case No. 1783269**

## MEMORANDUM OPINION

Appellant filed a notice of appeal from his conviction for the offense of murder, for which he was sentenced to 63 years' imprisonment in the Correctional Institutions Division of the Texas Department of Criminal Justice. A supplemental clerk's record was filed on May 9, 2025, containing the trial court's order of June 25, 2024, granting appellant's motion for new trial. The State filed a notice of appeal from the order granting new trial and that appeal is in case number 01-24-00546-CR.

"The granting of a motion for new trial restores the case to its position before the former trial, including, at any party's option, arraignment or pretrial proceedings initiated by that party." TEX. R. APP. P. 21.9(b). The trial court's grant of appellant's motion for new trial rendered appellant's appeal from his conviction moot. *See id.*; *Kirkland v. State*, No. 01-15-01018-CR, 2017 WL 3081237, at *1 (Tex. App.—Houston [1st Dist.] July 20, 2017, no pet.) (mem. op., not designated for publication).

We dismiss the appeal as moot and for lack of jurisdiction. *See* TEX. R. APP. P. 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Caughey.

Do not publish. TEX. R. APP. P. 47.2(b).